UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 3:17 PO 002<br>3:17 PO 049 |
| **Plaintiff,** | : | MICHAEL J. NEWMAN<br>United States Magistrate Judge |
| vs. | : | |
| **ANTONIO A. ANDREWS** | : | GOVERNMENT'S MOTION FOR<br>DISMISSAL |
| **Defendant.** | | |

Now comes the United States, by and through counsel, and respectfully requests the Court dismiss the above captioned case.

*Granted,*
*MJN*
*9/17/18*

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Elizabeth R. Rabe
ELIZABETH R. RABE (NY 4698072)
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Elizabeth.Rabe@usdoj.gov

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was electronically filed on 30 August 2018 and Defense Counsel of Record will be notified of this Motion through CM/ECF.

s/Elizabeth R. Rabe
ELIZABETH R. RABE (NY 4698072)
Assistant United States Attorney

1